**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>PETLIN-FOWLER, MARCIA<br><br><br>Debtor | CHAPTER 7 CASE<br><br>CASE NO. 05-60198<br>JUDGE EUGENE R. WEDOFF |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1.   NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

At: U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 744, Chicago, Illinois 60604

    on: **December 9, 2008**
    at: **10:00 a.m.**

2.   The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.   The Trustee's Final Report shows total:

|   |   |
|---|---|
| a. Receipts | 9.853.27 |
| b. Disbursements | 12.62 |
| c. Net Cash Available for Distribution | 9.840.65 |

Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation<br>Previously Paid | | Fees Now<br>Requested | | Expenses Now<br>Requested |
|---|---|---|---|---|---|
| Trustee | 0.00 | $ | 1,735.33 | $ | |
| Trustee's Accountant | 0.00 | $ | 1,115.80 | $ | |

| | | | |
|---|---|---|---|
| Trustee's Accountant | $ 0.00 | $ | $ 10.97 |
| Trustee's Firm Legal | $ 0.00 | $ 1,866.00 | $ |

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

6. Claims of general unsecured creditors totaling $124,616.41, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $4.10%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | DISCOVER BANK/DISCOVER FINANCIAL SERVICES | $ 4,118.09 | $ 168.95 |
| 2 | Chase Bank USA, N.A. | $ 24,741.05 | $ 1,015.03 |
| 3 | Asset Acceptance LLC | $ 27,252.43 | $ 1,118.06 |
| 4 | FDS Bank/Bloomingdales | $ 7,721.85 | $ 316.80 |
| 5 | FDS Bank/ Premier Bank Visa | $ 1,481.16 | $ 60.77 |
| 6 | Portfolio Recovery Associates, LLC | $ 9,794.56 | $ 401.83 |
| 7 | Citibank/ CHOICE | $ 3,656.57 | $ 150.02 |
| 8 | American Express Centurion Bank | $ 10,119.34 | $ 415.16 |
| 9 | American Express Travel Related Services Co, Inc | $ 11,698.84 | $ 479.96 |
| 10 | First Bank Card (1st National) | $ 12,033.94 | $ 493.71 |
| 11 | Midland Credit Management, Inc. | $ 10,309.18 | $ 422.95 |
| 12 | Midland Credit Management, Inc. | $ 1,689.40 | $ 69.31 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

The Trustee proposed to abandon the following property at the hearing: None

**Dated:  November 14, 2008**                                        For the Court,

                        By:  **KENNETH S. GARDNER**
                             Kenneth S. Gardner
                             Clerk of the U.S. Bankruptcy Court
                             219 S. Dearborn Street, 7th Floor
                             Chicago, Illinois 60604

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: amcc7                 Page 1 of 2                   Date Rcvd: Nov 14, 2008
Case: 05-60198                 Form ID: pdf002             Total Served: 39


The following entities were served by first class mail on Nov 16, 2008.
db           +Marcia Petlin-Fowler,    3223 Lake Street,    Unit 15-C,    Wilmette, IL 60091-1069
aty          +Phillip M Migdal,    29 South LaSalle Street,    Suite 340,    Chicago, IL 60603-1556
tr           +Karen R Goodman, ESQ,    Shefsky & Froelich Ltd,    111 East Wacker Drive,    Suite 2800,
               Chicago, IL 60601-3713
10469308      AT&T Universal,    PO Box 6908,    The Lakes, NV 88901-6908
10976555      American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
10976599      American Express Travel Related Services Co, Inc,    c/o Becket and Lee LLP,    POB 3001,
               Malvern PA 19355-0701
10469306      American Express Travel Related Svcs Co Inc,    POB 3001,    Malvern, PA  19355-0701
10469307      Amoco/BP Oil,    The Credit Card Center,    PO Box 9014,    Des Moines, IA 50368-9014
10469309     +Bank of America,    PO Box 25188,    Tampa, FL 33622
10469310     +Beneficial,    c/o Dunstone Financial,    11801 N. Tatum Blvd.,    Phoenix, AZ 85028-1611
10469311      Beneficial Finance,    PO Box 17574,    Baltimore, MD 21297-1574
10469312     +Bloomingdale Visa,    PO Box 8097,    Mason, OH 45040-8097
10469313      Bloomingdales,    PO Box 4590,    Carol Stream, IL 60197-4590
10469314     +Chase Bank,    c/o MCM,    PO Box 939010,    San Diego, CA 92193-9019
10469315      Chase Bank Master Card,    PO Box 15919,    Wilmington, DE 19850-5919
10920512     +Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,
               Seattle, WA 98121-2339
10469316      Chase Bank Visa,    PO Box 52064,    Phoenix, AZ 85072-2064
10469318     +Chase Bankcard Services,    150 W. University Drive,    Third Floor,    Tempe, AZ 85281-3640
10469319      Chase Gold Master Card,    PO Box 52064,    Phoenix, AZ 85072-2064
10469320     +Chase Manhattan Providian,    c/o Asset Acceptance,    PO Box 2036,    Warren, MI 48090-2036
10469321     +Citibank Visa,    P.O. 6000,    The Lakes, NV 89163-0001
10975119      Citibank/ CHOICE,    Exception Payment Processing,    P.O. Box 6305,    The Lakes, NV 88901-6305
10469322      Diners Club,    PO Box 6003,    The Lakes, NV 88901-6003
10931619     +FDS Bank/ Premier Bank Visa,    C/O Tsys Debt Management,    Po Box 137,    Columbus, GA 31902-0137
10931614     +FDS Bank/Bloomingdales,    C/O Tsys Debt Management,    Po Box 137,    Columbus, GA 31902-0137
10469324     +First Bank Card (1st National),    PO Box 2951,    Omaha, NE 68103-2951
10469325      First USA (Bank One),    PO Box 15298,    Wilmington, DE 19850-5298
10469326      First USA Bank,    PO Box 8650,    Wilmington, DE 19899-8650
10469327      MBNA America,    PO Box 15028,    Wilmington, DE 19886-5029
10469328     +MBNA America,    Neubeisel Law Firm, Wells Fargo Plaza,    64 E. Broadway Road, Suite 245,
               Tempe, AZ 85282-1383
11031978     +Midland Credit Management, Inc.,    8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
10948166     +Portfolio Recovery Associates, LLC,    PO Box 12914,    Norfolk VA 23541-0914
10469332      Providian,    PO Box 660737,    Dallas, TX 75266-0737

The following entities were served by electronic transmission on Nov 15, 2008.
10929316     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM                            Asset Acceptance LLC,
               assignee/ Providian Bank,    PO Box 2036,    Warren, MI 48090-2036
10907157     +E-mail/PDF: mrdiscen@discoverfinancial.com Nov 15 2008 04:53:59
               DISCOVER BANK/DISCOVER FINANCIAL SERVICES,    PO BOX 3025,    NEW ALBANY OH 43054-3025
10469323      E-mail/PDF: mrdiscen@discoverfinancial.com Nov 15 2008 04:53:59       Discover,    PO Box 3004,
               New Albany, OH 43054-3004
10469329      E-mail/PDF: bnc@nordstrom.com Nov 15 2008 04:48:51       Nordstrom,
               c/o NFSB Colorado Service Center,    PO Box 6555,    Englewood, CO 80155-6555
10469331     +E-mail/PDF: bnc@nordstrom.com Nov 15 2008 04:48:51       Nordstrom Visa,    PO Box 13589,
               Scottsdale, AZ 85267-3589
11518785      E-mail/PDF: rmscedi@recoverycorp.com Nov 15 2008 03:49:46
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10469305      Marcia Petlin Fowler     05 - 60198
10469317      Marcia Petlin Fowler     05 - 60198
10469330      Marcia Petlin Fowler     05 - 60198
aty*         +Karen R Goodman, ESQ,    Shefsky & Froelich Ltd,    111 East Wacker Drive,    Suite 2800,
               Chicago, IL 60601-3713
                                                                                              TOTALS: 3, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1          User: amcc7              Page 2 of 2             Date Rcvd: Nov 14, 2008
Case: 05-60198                Form ID: pdf002          Total Served: 39

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 16, 2008**                    **Signature:**        *Joseph Speetjens*