UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 7 Case |
| | ) | |
| Marcia Petlin-Fowler, | ) | Case No. 05-60198 |
| | ) | |
| | ) | |
| Debtor. | ) | Judge Eugene R. Wedoff |

NOTICE OF FILING OF U.S. TRUSTEE'S
<u>MEMORANDUM OF REVIEW OF TRUSTEE'S FINAL ACCOUNT</u>

To:   Karen Goodman, Esq.
      Shefsky & Froelich, Ltd
      111 East Wacker Dr. #2800
      Chicago, Illinois  60601

Please take notice that on March 23, 2009, the United States Trustee for the Northern District of Illinois filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois the U.S. Trustee of Review of the Trustee's Final Account. A copy of which is herewith served upon you.

The United States Trustee has reviewed the Trustee's Final Account and Application to Close Case and Discharge the Trustee in accordance with the standards set forth in the Memorandum of Understanding dated April 1, 1999, and has no objection to the Trustee's's certification that the estate has been fully administered and is ready to close.

WILLIAM T. NEARY
UNITED STATES TRUSTEE

Dated:   March 23, 2009          BY    <u>/s/ Dean Harvalis, Esq.</u>
                                       Dean C. Harvalis, Assistant United States Trustee
                                       Office of the U.S. Trustee
                                       219 South Dearborn St.  Room 873
                                       Chicago IL 60604
                                       (312) 886-5785

<u>CERTIFICATE OF SERVICE</u>

I, Dean C. Harvalis, Assistant United States Trustee, state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, service on the Trustee of the above Notice of Filing of U.S. Trustee's Memorandum of Review of Trustee's Final Account was accomplished through the Court's's Electronic Notice for Registrants on March 23, 2009.

<u>/s/ Dean Harvalis</u>